IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | 1:21-CR-00125-RP |
| BLAKE HARRISON SPENCER | | |

**O R D E R**

On October 20, 2021, U.S. Magistrate Judge Susan Hightower issued an arrest warrant commanding the arrest of defendant Spencer for allegedly violating conditions of his pretrial release. Dkt. Nos. 19, 20.

The arrest warrant is **HEREBY RESCINDED** pending further order of the Court.

**SIGNED** on November 3, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE